IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

Edward Anderson,

Plaintiff,

v.

The Town of Kingstree,

Defendant.

C/A No.: 4:23-CV-1123-JD-TER

**NOTICE OF MOTION AND CONSENT
MOTION TO BE RELIEVED AS COUNSEL**

The undersigned counsel and his law firm of Cromer Babb & Porter, LLC, hereby moves this Court for an Order relieving the undersigned attorney and his law firm as counsel of record and allowing him to withdraw as counsel for the Plaintiff in this case.[1]

Good cause for withdrawal exists. Per Rule 1.16(b) of the South Carolina Rules of Professional Responsibility and the Comments pertinent to that Rule, the undersigned counsel may reveal limited information relating to the representation of a client as to the lawyer's right to withdraw from representation. Plaintiff's counsel has taken appropriate steps to protect the Plaintiff's interests, in accordance with Rule 1.16, and will continue to comply with all applicable rules and court orders during the pendency of this motion.

---

[1] The undersigned has refrained from providing specific details as to the basis underlying this motion, but the undersigned will divulge the same to the Court if ordered to do so. If such is necessary, Plaintiff's counsel respectfully requests that a limited *ex parte* communication be allowed with the Court to provide only the details necessary for the Court to determine whether this Motion should be granted. *Ex parte* communication is generally disfavored in legal proceedings to ensure fairness and transparency. However, there are specific situations where *ex parte* communication with the Court might be allowed when an attorney is moving to withdraw from representing a client. The withdrawal involves confidential communications, and the undersigned intends to protect the Plaintiff's privileged information while explaining the need to withdraw, if necessary.

The undersigned counsel requests that the Court allow all pending deadlines and actions to be held in abeyance for at least sixty (60) days to allow the Plaintiff time to secure new counsel or proceed *pro se.* The remaining deadlines in the Third Amended Scheduling Order are dispositive motions and trial. (ECF 36). Defendant filed a motion for summary judgment on January 21, 2025 and Plaintiff's deadline to respond is February 4, 2025. Plaintiff's counsel is filing a separate motion for extension of time of 90 days for Plaintiff to file his response in opposition so that he has time to seek other counsel before a response is due. It is requested that the remaining deadlines be stayed pending resolution of this Motion.

Plaintiff's last known mailing and residence address is 115 McFarlin Street, Kingstree, SC 29556. Plaintiff's last known telephone number is (803) 410-7109. The undersigned certifies that Plaintiff has been served a copy of this motion via certified U.S. Mail at the last known address of Plaintiff and provided a copy via e-mail.

Plaintiff consents to this Motion and a copy of this consent is attached. The undersigned has consulted with counsel for Defendant, and they do not oppose this motion.

Respectfully submitted,

**CROMER BABB & PORTER, LLC**

BY:  ___*s/Julius W. Babb, IV*___
          Julius W. Babb, IV (#10500)
          1418 Laurel Street, Suite A
          Post Office Box 11675
          Columbia, South Carolina 29211
          Phone  803-799-9530
          jay@cromerbabb.com
          ***Attorney for Plaintiff***

January 31, 2025
Columbia, South Carolina